# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 23-1144-ADC |
| SAMUEL CHARLES HARDEMAN | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

9:26 am, Apr 05 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 16-19, 2022 in the county of Talbot in the _____ District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(5)(B) | Possession of Child Pornography |
| Title 18, United States Code Section 2252A(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit of Richard Gianforcaro, Special Agent with the Federal Bureau of Investigation which is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

*Richard Gianforcaro*
*Complainant's signature*

Richard Gianforcaro, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 4 April 2023

*Judge's signature*

City and state: Baltimore, Maryland    A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*