23-1144-ADC

✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

9:26 am, Apr 05 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT, ARREST WARRANT**

I, Richard Gianforcaro, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I make this affidavit in support of a criminal complaint charging Samuel Charles Hardeman ("**Hardeman**") with violations of 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) and 18 U.S.C. § 2252A(a)(2) (distribution/receipt of child pornography), (the "Target Offenses").

## AGENT BACKGROUND

3. I have been employed with the FBI as a Special Agent since June 2016. I am currently assigned to the Maryland Child Exploitation Task Force (MCETF), which investigates individuals involved in the online sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations.

4. Since being employed with the FBI, I have participated in the execution of numerous search warrants, including those for online accounts, such as email accounts, online storage accounts and other online communication accounts. In the course of my employment with the FBI, I have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media.

5.      As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## AFFIDAVIT

6.      The statements in this affidavit are based in part on information and reports provided by the FBI and other law enforcement officers, and on my experience and background as a Special Agent of the FBI.  Since this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause of violations of the Target Offenses.

7.      Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

8.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

## PROBABLE CAUSE

9.      On or about December 11, 2022, a law enforcement officer from FBI-Albany, acting in an undercover capacity as an online covert employee ("OCE"), portraying an adult female with a purported 10-year-old foster daughter, was contacted on Fetlife.com ("Fetlife")[1] by an individual using the moniker *Redrocketboy68*. The user of *Redrocketboy68* identified himself to

---

[1] On its homepage, Fetlife labels itself as "*the* Most Popular Social Network for the BDSM, Fetish & Kinky Community."

OCE as "Sam" and indicated that he was very open to taboo (later specifying "fam" and "knots").[2] *Redrocketboy68*'s Fetlife profile page included several photos, listed him as "54M Kinkster" from Annapolis, MD, and indicated that he was a member of several groups, including "Family Dynamics Online Role-Play" and "WICKR for Depraved Perverts". After OCE responded to the initial message, *Redrocketboy68* indicated he had a Wickr[3] account, also using the moniker *Redrocketboy68,* and requested to chat with OCE on Wickr as he was "knot wanting to discuss things on here." After OCE provided a Wickr username, *Redrocketboy68* informed OCE via Fetlife that he had sent a message to OCE on Wickr.

10. On or about December 11, 2022, Wickr user *Redrocketboy68* contacted OCE on Wickr indicating he was "Sam" and provided a photo of a bald adult male. On or about December 12, 2022, OCE responded and informed "Sam", in sum and substance, that OCE was gay, not interested in men, and had a [purported] 10-year-old foster daughter (hereinafter referred to as "K"), with whom OCE was "kinda active". OCE informed that she liked "to watch it evolve type thing like having her taught if that makes sense…". *Redrocketboy68* later responded that he was "most attracted to when they lose the baby fat and are very cute like 3 and 4 etc…," but expressed that "10 is a very nice age too." During the Wickr chats *Redrocketboy68* also informed OCE that he was into "K9" and was "turned on majorly by family incest".[4]

11. During the course of the following two weeks, OCE and *Redrocketboy68* exchanged a series of Wickr chats and audio calls (via Wickr or telephone number 443-704-2531), sometimes while *Redrocketboy68* was working as a pizza delivery driver.[5] During the

---

[2] Based on my training and experience, "taboo" means forbidden or disapproved of behavior. Furthermore, based on my training and experience and open-source research, it is understood that "knots" or "knotting" is related to canine bestiality and "fam" is related to incest.
[3] Wickr is a messaging application that allows encrypted messaging. Wickr uses the Internet to transmit messages.
[4] Based on my training and experience "K9" is understood to related to canine bestiality.
[5] Audio calls were recorded.

conversations, there were discussions about sexual interest in "K" and *Redrocketboy68*'s willingness to travel to be with "K". *Redrocketboy68* also sent photos of himself, both clothed and fully nude, and facilitated access for OCE to view a video depicting what appeared to be child pornography ("CP"). Furthermore, *Redrocketboy68* informed OCE that he had previously been arrested and was on the sex offender registry. Several example exchanges are described below.

12. On or about December 12, 2022, *Redrocketboy68* indicated, via Wickr chat with OCE, that he had been married between 1998 and 2001, and that he and his spouse "used to watch a lot of cp together…". *Redrocketboy68* also asked if OCE showed her daughter porn, "Or any cp to see other parents having sex with their kids as being normal?"

13. On or about December 13, 2022, a voice call occurred between *Redrocketboy68* and OCE, during which *Redrocketboy68* informed OCE that he had previously been sentenced to over 14 years in federal prison after conversing with an undercover law enforcement officer purporting to be in Georgia. *Redrocketboy68* discussed doing sexual things with "K". *Redrocketboy68* also discussed other people sending him child pornography (which he would view but never download) and referred to a book that he read while incarcerated about forensic science, suggesting that law enforcement embeds images with codes to facilitate finding individuals accessing child pornography. *Redrocketboy68* indicated that he had a 2018 Toyota Prius and worked as a pizza delivery driver. *Redrocketboy68* requested a photo of "K" (non-nude, whatever OCE was comfortable with) and asked if OCE would show "K" his nudes and/or videos of him masturbating.

14. During a subsequent voice call on or about December 13, 2022 between *Redrocketboy68* and OCE, *Redrocketboy68* stated he would be open to doing things with a newborn baby "almost from day one," further elaborating that he imagined "very gentle touching"

and "oral". *Redrocketboy68* indicated that he was mainly "attracted to the three and the four age." *Redrocketboy68* later asked if OCE showed "K" his pictures. Referring to "K", *Redrocketboy68* asked if OCE wanted to see *Redrocketboy68*'s "cock inside of her," or just "holding it, or sucking on it, or just playing with it…". *Redrocketboy68* wasn't sure if it would be too much too soon to go right into penetration. *Redrocketboy68* asked if OCE had any "other pictures" of "K". OCE clarified if *Redrocketboy68* meant "naked ones," *Redrocketboy68* replied "yeah." When OCE informed she did not have any such photos because she didn't want to get caught with that, *Redrocketboy68* asked if OCE would take any photos that were "revealing, but not totally nude…" such as photos in her underwear.[6] *Redrocketboy68* also suggested introducing "K" to sexual experiences with a dog.

15.  On or about December 16, 2022, a voice call occurred between *Redrocketboy68* and OCE, during which *Redrocketboy68* stated that he saw an "extremely hot" video that he was scared to download. *Redrocketboy68* described the video as depicting a daughter, around "K's" age, "licking her mom's pussy" and the mom "pees right in her mouth".  In subsequent Wickr chats and conversations, *Redrocketboy68* revealed that the video had been posted in a Wickr "Taboo" group to which he'd been added. *Redrocketboy68* indicated several times that he'd masturbated to the video. In a later call, *Redrocketboy68* stated that when he "got locked up," he had thousands of underage pictures and several hundred videos.

16.  On or about December 19, 2022, during a voice call, *Redrocketboy68* asked if OCE would be present when *Redrocketboy68* was with "K", and stated OCE could "rub her head and stroke her hair" while "my dick's in her mouth." Later in the call, OCE stated she wasn't sure what *Redrocketboy68's* intentions were regarding whether he was definitely planning to travel to New

---

[6] Over the course of the communications with *Redrocketboy68*, OCE occasionally sent images depicting her purported daughter.

York. After discussing schedules, *Redrocketboy68* stated that he'd like to try to visit the Monday after Christmas and stay through Wednesday (if he could get off work). *Redrocketboy68* indicated he couldn't' stay longer because "after three days I'd have to report."

17. Also, on or about December 19, 2022, *Redrocketboy68* participated in a video call with OCE and OCE's purported daughter, "K".[7] *Redrocketboy68* asked "K" what she wanted him to show her. "K" mentioned a boy at school said "blow job". *Redrocketboy68* subsequently asked if "K" wanted to see his penis, and asked OCE, "can I see her too?" OCE informed she was too nervous to do that over the phone. After confirming with OCE that "K" could see him on the call, *Redrocketboy68* displayed his penis and asked if "she like?" *Redrocketboy68* later stated that hopefully next week he would meet OCE and "K".

18. In Wickr chats on about December 19, 2022, *Redrocketboy68* again mentioned the video to OCE, suggesting that he could try to add OCE to a Wickr chat group so OCE could see the video. After adding OCE to the group (labeled "story and experience sharing"), *Redrocketboy68* stated, "Not sure if all the stuff that was posted is still viewable to you but the vid is OralPee-Drinking". After OCE informed *Redrocketboy68* only an image of "some lil blonde" could be seen, but no videos, *Redrocketboy68* stated, "Ok hang on", "I was testing something. Was the blonde just wearing a short black top?" and later says "Ok try again." After this, a file titled "OralPee-Drinking.m4v" could be observed, under which was the following statement: "Saved by redrocketboy68 on December 19, 2022". The video was viewed by your affiant and is described as follows:

- Video, lasting approximately 3 minutes and 16 seconds, depicting what appears to be a minor female performing oral sex on the vagina of a pubescent female, during which the pubescent female appears to urinate in the mouth of the minor female.

---

[7] During a previous voice call on or about December 16, 2022, *Redrocketyboy68* had requested the video call. A separate undercover law enforcement officer posed as "K" during the video call. The video call was audio recorded, but video was not captured.

19. Subsequent to facilitating access to the video, during an audio call, *Redrocketboy68* further discussed it with the OCE, revealing that he believed the minor in the video to look to be about 7 or 8-years-old. *Redrocketboy68* also educated the OCE on how he enabled her access to the video, informing that he had to "hold down on the file" and "save to the conversation". Once saved to the conversation, anyone invited to the group can see the video. *Redrocketboy68* tested it first with the "blonde girl with the black top". *Redrocketboy68* surmised that since he wasn't the creator of the group, he had to save it to the conversation for OCE to see the video.

20. On or about December 20, 2022, during a voice call, *Redrocketboy68* indicated that he had just watched a video and would love to see "K" licking OCE like in the video. *Redrocketboy68* further elaborated to OCE that "K" could be "licking your clit while I'm inside of her from behind like that." *Redrocketboy68* asked OCE if "K" seemed open to doing "oral" on OCE. Later in the conversation, referring to the prior video call with OCE and "K", *Redrocketboy68* indicated that he was hoping OCE would let "K" show him a little of her too, since he showed himself. *Redrocketboy68* also informed of his hesitation to communicate via regular text, stating that Wickr was encrypted, would only be saved for a short period of time, and was not stored on servers. *Redrocketboy68* also informed that he used Telegram.[8]

21. On or about December 26, 2022, during a voice call, *Redrocketboy68* expressed hesitation to travel to New York to be with "K", indicating he had never done it before, but that it was a big turn on to talk and watch. OCE had not heard from *Redrocketboy68* since this time.

22. On or about December 13, 2022, a subpoena was issued to Fetlife for recent subscriber information and internet protocol ("IP") information related to user account *Redrocketboy68*. In response, Fetlife provided the following information:

---

[8] Similar to Wickr, Telegram is a messaging application that allows encrypted messaging.

Email: harleyguy68@yahoo.com
User ID: 16144129
Created at: 12/10/2022 11:43:21
Date of Birth: 4/11/1968
Sex: M
Role: Kinkster
Several User Session IP Addresses were provided between 12/10/2022 and 12/11/2022, including[9]:
- 69.2.172.86
- 174.198.208.53

23.     On or about December 15, 2022, a subpoena was issued to Easton Utilities Commission ("Easton") for subscriber information related to IP address 69.2.172.86. In response, Easton provided the following:

Location: 7460 Jeffreys Way, Easton, MD 21601
Service Status: Active
Name: Individual 1
Phone: 443-786-8259 / 443-786-0403

24.     Open-source information from the Maryland Department of Assessments and Taxation revealed the owners of 7460 Jeffreys Way to be Individual 1 and Individual 2.[10] During a previous FBI investigation into **Hardeman** (2002/2003), Individual 1 was interviewed, revealing Individual 2 to be his wife and **Hardeman** to be his son. Address information from the Maryland Motor Vehicle Association ("MVA") listed 7460 Jeffreys Way for both Individual 1 and Individual 2.

25.     On or about December 15, 2022, a subpoena was issued to Yahoo for recent subscriber information related to email address harleyguy68@yahoo.com. In response, Yahoo provided the following:

Registration Date: 7/1/2018 03:02:47 UTC
Full Name: **Samuel Hardeman**

---

[9] Per maxmind.com, 69.2.172.86 resolved to Easton Utilities Commission and 174.198.208.53 resolved to Verizon Wireless.
[10] Individual 1 (who bears a similar name to **Hardeman**) and Individual 2 are believed to be **Hardeman's** parents.

Recovery Phones: +14437042531[11]
Account Status: Active

26. On or about December 20, 2022, a subpoena was issued to Verizon Wireless for recent subscriber information related to phone number 443-704-2531. Verizon provided the following:

Name: Individual 2
Address: 7460 Jeffreys Way, Easton, MD 21601
Device Information: iPhone 13 Pro Max 256 SR BLU

27. In January 2023, FBI-Albany provided the above-mentioned information to FBI-Baltimore for further investigation.

28. Open-source information from the Maryland Registered Sex Offender website indicated that **Samuel Charles Hardeman**, age 54, with an address listing 7460 Jeffreys Way, Easton, MD, was a registered sex offender, having been convicted of a federal offense in 2003 in the Northern District of Georgia.[12] The photo depicted on the website appeared to the same bald male as depicted in the photos posted and shared by *Redrocketboy68*.

29. On or about March 14, 2023, FBI-Baltimore executed a federal search warrant, signed by U.S. Magistrate Judge A. David Copperthite of the District Court for the District of Maryland (Case No. 23-835-ADC), at the premises of **Hardeman**. During the execution several electronic devices were seized, including an iPad, and an iPhone 13 Pro Max ("iPhone"). **Hardeman** was arrested by the Talbot County Sheriff's Office following the search warrant execution. **Hardeman** has been detained at the Talbot County Detention Center since his arrest.

30. A preview of the iPhone (which was using phone number 443-704-2531) was able to be conducted during and following the search warrant execution. In the "Passwords" section of

---

[11] This is the same phone number Redrocketboy68 used to communicate with the OCE
[12] *See United States v. Samuel Charles Hardeman*, Crim No. TWT-JMF-02-684 (N.D. Ga. 2003)

the iPhone, two Wickr accounts were listed, one of which was Wickr account *Redrocketboy68*. Furthermore, in a folder in the iPhone's Photos application, photos of "K" exchanged between **Hardeman** and the OCE were observed. In another folder were photos/videos of **Hardeman** that he exchanged with the OCE. A text string appearing to be between **Hardeman** and the OCE was also observed, within which were several photos of "K".[14]

31.     Based on the facts detailed above, I believe that **Hardeman** was the user of Fetlife and Wickr accounts *Redrocketboy68*. Based on my training and experience, as well as the activity of **Hardeman** detailed above, I respectfully submit there is probable cause that **Hardeman** committed the Target Offenses.

## CONCLUSION

32.     Based on the forgoing information, I respectfully submit that there is probable cause to believe that **Samuel Charles Hardeman** violated Title 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) and Title 18 U.S.C. § 2252A(a)(2) (distribution/receipt of child pornography), in that he knowingly accessed, with the intent to view, a video depicting child pornography that had been posted in a Wickr group. Furthermore, **Hardeman** knowingly distributed the same video to the OCE, by taking overt steps to save it to a Wickr group, to which he invited the OCE, for the purposes of enabling OCE's access to the video.

*Richard Gianforcaro*
Special Agent Richard Gianforcaro
Federal Bureau of Investigation

---

[14] Data extractions and review of the devices is ongoing.

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this  4th          day of April, 2023.

_____
HONORABLE A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE